```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                       TAMPA DIVISION
```

CARLTON HOOKER,

        Plaintiff,
v.                                   Case No.  8:11-cv-1230-T-33EAJ

ERIC  K.  SHINSEKI,  SECRETARY,
DEPARTMENT OF VETERANS AFFAIRS,

        Defendant.
_____/

### ORDER

This matter comes before the Court pursuant to Pro Se Plaintiff Carlton Hooker's "Motion for Impeachment Against Robert C. Shogren Under Article II, Section V of the U.S. Constitution and Motion for Summary Judgment in Accordance with Rule 56 of the Federal Rules of Civil Procedure" (Doc. # 20), which was filed on August 30, 2011.  The Court denies the Motion for the reasons that follow.

Hooker initiated this action against Eric K. Shinseki, the Secretary of the Department of Veterans Affairs, on June 3, 2011, by filing a complaint alleging retaliation and retaliatory hostile work environment. (Doc. # 1).  After being served with process, the Secretary filed a timely Answer as well as Affirmative Defenses. (Doc. # 5).

In the present Motion, which is somewhat cryptic, Hooker appears to seek an order finding that non-party Robert C. Shogren committed criminal perjury and impeaching Shogren, a

civil officer of the Department of Veterans Affairs, on this basis. In addition, it appears that Hooker seeks an order granting summary judgment on his claims against the Department of Veterans Affairs due to Shogren's alleged perjury.

The Court notes that only the Government may initiate a criminal case for perjury, or any other crime. The Court therefore denies Hooker's request for criminal perjury proceedings against Mr. Shogren. In addition, it would be completely inappropriate for this Court to "impeach" Mr. Shogren, who is not even a party to this suit.

Because the Court rejects Hooker's perjury arguments, the Court declines to grant summary judgment in Hooker's favor on the basis of such alleged perjury. Thus, the Court denies the Motion.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

Plaintiff Carlton Hooker's "Motion for Impeachment Against Robert C. Shogren Under Article II, Section V of the U.S. Constitution and Motion for Summary Judgment in Accordance with Rule 56 of the Federal Rules of Civil Procedure" (Doc. # 20) is **DENIED**.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 31st day of August, 2011.

2

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel and Parties of Record